IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN VAGNONI | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-4101 |
| | : | |
| THE RESERVES NETWORK INC. | : | |

## ORDER

**AND NOW**, this 3rd day of March 2022, it having been reported the above captioned matter is settled, it is **ORDERED**:

1.    This action is **DISMISSED with prejudice** under Local Rule of Civil Procedure 41.1(b);[1] and,

2.    The Clerk of Court shall mark this matter **CLOSED.**

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

[a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).